IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD, on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 8084 |
| v. | ) ) ) | Judge St. Eve Magistrate Judge Gilbert |
| GLENWOOD SYSTEMS, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Bridgeport Pain Control Center, Ltd. and Defendant Glenwood Systems, LLC by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Bridgeport Pain Control Center, Ltd.'s individual claims against defendant Glenwood Systems, LLC with prejudice and without costs. Plaintiff Bridgeport Pain Control Center, Ltd.'s class claims against defendant Glenwood Systems, LLC are dismissed without prejudice and without costs. Plaintiff Bridgeport Pain Control Center, Ltd.'s claims against defendants John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ George K. Flynn (w/ permission) |
| Daniel A. Edelman | George K. Flynn |
| Heather Kolbus | Richard M. Kaplan |
| EDELMAN, COMBS, LATTURNER | Timothy R. Herman |
|     & GOODWIN, LLC | CLAUSEN MILLER P.C. |
| 120 S. LaSalle Street, 18th Floor | 10 S. LaSalle Street |

| | |
|---|---|
| Chicago, IL 60603 | Chicago, IL 60603 |
| (312) 739-4200 | (312) 855-1010 |
| (312) 419-0379 (FAX) | (312) 606-7777 (FAX) |

## CERTIFICATE OF SERVICE

     I, Heather Kolbus, certify that on July 2, 2014, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    George K. Flynn (gflynn@clausen.com)
    Richard M. Kaplan (rkaplan@clausen.com)
    Clausen Miller, P.C.
    10 S. LaSalle Street
    Chicago, IL 60603

                                                                                s/ Heather Kolbus
                                                                                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)