## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Bridgeport Pain Control Center, Ltd.

                                         Plaintiff,

v.                                                          Case No.: 1:13−cv−08084

                                                               Honorable Amy J. St. Eve

Glenwood Systems, LLC, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2014:

       MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' stipulation of dismissal, plaintiff Bridgeport Pain Control Center, Ltd.'s individual claims against defendant Glenwood Systems, LLC are dismissed with prejudice and without costs; plaintiff Bridgeport Pain Control Center Ltd.'s class claims against defendant Glenwood Systems, LLC Ltd.'s are dismissed without prejudice and without costs; and plaintiff Bridgeport Pain Center, Ltd.'s claims against defendants John Does 1−10 are dismissed without prejudice and without costs. All pending dates and deadlines are stricken. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.